Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MARCUS MAGILL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARCUS MAGILL, | ) Case No.:   1:11-CV-01317-SMS |
| Plaintiff, | ) STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) (Doc. 14) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Marcus Magill ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 22, 2012; and that Defendant shall have until June 21, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due June 28, 2012.

1   An extension of time for plaintiff is needed due to a serious illness in
2   Counsel's family.  Counsel was recently informed that his Spouse's Stage IV breast
3   cancer which has metastasized to her liver, now has 15 tumors comprising 60% of
4   that organ.  Counsel's spouse has begun her third round of chemotherapy due to
5   progression of her cancer and a lack of positive response to the prior two
6   chemotherapy treatments.  Counsel requires the additional time to file the Opening
7   Brief to allow him to devote the appropriate time to assist his Spouse and his two
8   pre-school aged children through this obviously stressful experience.  Counsel
9   sincerely apologizes to the court for any inconvenience this may have had upon it
10  or its staff.

DATE: March 19, 2012          Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Steven G. Rosales*
                              BY: _____
                                  Steven G. Rosales
                                  Attorney for plaintiff MARCUS MAGILL

DATE:  March 19, 2012         BENJAMIN WAGNER
                              United States Attorney


                              */S/- *Patrick W. Snyder*

                              _____
                              Patrick W. Snyder
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and through May 22, 2012, within which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to and through June 21, 2012, to
4 consider the contentions raised in Plaintiff's Opening Brief, and file any opposition
5 if necessary.  Any reply by plaintiff will be due by June 28, 2012.
6
7
8
9 IT IS SO ORDERED.
10  Dated:  **March 20, 2012**          **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26