BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| MARCUS W. MAGILL, ) | |
|     Plaintiff, ) | CIVIL NO. 1:11-cv-01317-SMS |
| ) | |
|     v. ) | **STIPULATION FOR EXTENSION OF TIME** |
| ) | |
| MICHAEL J. ASTRUE, ) | **ORDER** |
| Commissioner of ) | (Doc. 17) |
| Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including July 23, 2012. Plaintiff shall be able to file a reply, if any, on or before July 30, 2012. This extension is being sought because of workload issues and pre-approved leave. The undersigned is the lead coordinator for recruiting law student clerks for Region IX of the Office of the General Counsel. The law clerks began working at Region IX in the last two weeks. In the past 30 days, the undersigned has been involved in the investigation of an employment matter, the lead attorney working on the settlement of a substantial overpayment matter, and the lead contact person for several requests for disclosure of information to persons outside the agency. These

tasks, many of which were urgent and could not be extended, took substantial time and required contact with the Department of Justice, internal agency officials, and opposing counsel.  The undersigned continues to be responsible for answering and briefing over a dozen other district court and appellate cases, as well as reviewing briefs of colleagues, in the months of May and June 2012.  Lastly, in February, the undersigned requested and was approved for three weeks of leave in June 2012, which has resulted in significant more work.  This is the Commissioner's first extension request.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

      Respectfully submitted,

Dated: June 8, 2012          */s/ Steven G. Rosales*
_____
STEVEN G. ROSALES
(as authorized via email on June 8, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: June 8, 2012          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

### **ORDER**

Defendant shall respond to Plaintiff's Motion for Summary Judgment by 7/30/12, and Plaintiff shall file a reply, if any, by 8/14/12, in accordance with the Scheduling Order.

IT IS SO ORDERED.

**Dated:   June 12, 2012**          */s/ Sandra M. Snyder*
UNITED STATES MAGISTRATE JUDGE